**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JEPPSON, SCOTT E | § Case No. 13-81765 |
| JEPPSON, CELESTE M | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $436,926.00                Assets Exempt: $27,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $41,727.79        Claims Discharged
                                                   Without Payment: $106,202.24

Total Expenses of Administration: $9,518.76

---

3) Total gross receipts of $ 51,246.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $51,246.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $523,775.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,518.76 | 9,518.76 | 9,518.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,232.00 | 109,978.03 | 109,978.03 | 41,727.79 |
| **TOTAL DISBURSEMENTS** | $638,007.00 | $119,496.79 | $119,496.79 | $51,246.55 |

4) This case was originally filed under Chapter 7 on May 14, 2013. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2014          By: /s/JOSEPH D. OLSEN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account w/ Alpine Bank | 1129-000 | 15,000.00 |
| checking account w/ First National Bank | 1129-000 | 22,575.16 |
| 1984 Catalina Sailboat | 1129-000 | 7,000.00 |
| 1998 17' Bayliner Trophy boat | 1129-000 | 4,000.00 |
| Prudential Stock | 1210-000 | 2,671.39 |
| **TOTAL GROSS RECEIPTS** | | **$51,246.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 54,736.00 | N/A | N/A | 0.00 |
| NOTFILED | Nw Bank Rkfd | 4110-000 | 350,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 41,397.00 | N/A | N/A | 0.00 |
| NOTFILED | Nw Bank Rkfd | 4110-000 | 36,359.00 | N/A | N/A | 0.00 |
| NOTFILED | Nw Bank Rkfd | 4110-000 | 40,959.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$523,775.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,812.33 | 5,812.33 | 5,812.33 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 546.37 | 546.37 | 546.37 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,912.00 | 2,912.00 | 2,912.00 |
| Rabobank, N.A. | 2600-000 | N/A | 34.80 | 34.80 | 34.80 |
| Rabobank, N.A. | 2600-000 | N/A | 33.51 | 33.51 | 33.51 |
| Rabobank, N.A. | 2600-000 | N/A | 45.48 | 45.48 | 45.48 |
| Rabobank, N.A. | 2600-000 | N/A | 59.27 | 59.27 | 59.27 |
| Stewart & Associates, Inc. | 2990-000 | N/A | 75.00 | 75.00 | 75.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,518.76 | $9,518.76 | $9,518.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS | 5200-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Il Department of Revenue | 5200-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $14,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee BANK OF AMERICA | 7100-000 | 0.00 | 4,966.60 | 4,966.60 | 1,884.42 |
| 2 | Atlas Acquisitions LLC (GE Money Bank) | 7100-000 | 0.00 | 898.18 | 898.18 | 340.79 |
| 3 | Asset Acceptance LLC assignee CITIBANK | 7100-000 | 0.00 | 23,457.90 | 23,457.90 | 8,900.38 |
| 4 | Tri-State Adjustments | 7100-000 | N/A | 64.00 | 64.00 | 24.28 |
| 5 | Tri-State Adjustments | 7100-000 | 104.00 | 104.39 | 104.39 | 39.61 |
| 6 | American Express Bank, FSB | 7100-000 | 10,854.00 | 10,854.30 | 10,854.30 | 4,118.33 |
| 7 | Northwest Bank of Rockford | 7100-000 | 64,822.00 | 66,101.75 | 66,101.75 | 25,080.28 |
| 8 | Nicor Gas | 7100-000 | 500.00 | 492.45 | 492.45 | 186.85 |
| 9 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 0.00 | 3,038.46 | 3,038.46 | 1,152.85 |
| NOTFILED | Parson Bishop National Collection | 7100-000 | 4,300.00 | N/A | N/A | 0.00 |
| NOTFILED | R & B Receivables Mana | 7100-000 | 1,055.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 1,481.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Cont. of Rockford | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 562.00 | N/A | N/A | 0.00 |
| NOTFILED | Sheridan ER Physicians | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Uof IL Collections | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/tsa | 7100-000 | 2,177.00 | N/A | N/A | 0.00 |
| NOTFILED | TDS | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 558.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Gulf Coast Medical | 7100-000 | 365.00 | N/A | N/A | 0.00 |
| NOTFILED | Infinty Swedish American | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker & Miller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergners Hsbc Retail Services/Attn: Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit | 7100-000 | 89.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$100,232.00** | **$109,978.03** | **$109,978.03** | **$41,727.79** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81765
**Case Name:** JEPPSON, SCOTT E
JEPPSON, CELESTE M
**Period Ending:** 02/13/14

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 05/14/13 (f)
**§341(a) Meeting Date:** 06/17/13
**Claims Bar Date:** 09/23/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4043 Westlake Village Dr., Winnebago, IL | 280,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2420 Sharon Ave, Rockford,IL | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | 3014 Custer Ave, Rockford,IL | 40,000.00 | 0.00 | | 0.00 | FA |
| 4 | 4328 Kennett, Rockford,IL | 30,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1044 Ridge Ave, Rockford,IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 6 | checking account w/ Alpine Bank | 7,000.00 | 13,900.00 | | 15,000.00 | FA |
| 7 | checking account w/ Alpine Banl | 3.00 | 0.00 | | 0.00 | FA |
| 8 | checking account w/ First National Bank | 7,000.00 | 27,700.00 | | 22,575.16 | FA |
| 9 | checking account w/ First National Bank | 8,500.00 | 3,700.00 | | 0.00 | FA |
| 10 | checking account w/ Northwest Bank | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Business operating acct for Landyacht Properties | 12.00 | 0.00 | | 0.00 | FA |
| 12 | Escrow acct for Landyacht Propertie w/ Northwest | 60.00 | 0.00 | | 0.00 | FA |
| 13 | older household furniture & personal property | 500.00 | 0.00 | | 0.00 | FA |
| 14 | necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 15 | wedding rings & misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 16 | employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 401k | 16,000.00 | 0.00 | | 0.00 | FA |
| 18 | pension acct w/ Newell-rubbermaid (starts when t | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2006 Ford Ranger | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1999 Chrysler Sebring | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | 1999 Mercedes E320 | 2,800.00 | 0.00 | | 0.00 | FA |
| 22 | 1996 Pontiac Firebird | 1,500.00 | 0.00 | | 0.00 | FA |
| 23 | 2002 Ford Escape | 2,500.00 | 0.00 | | 0.00 | FA |
| 24 | old golf cart | 500.00 | 0.00 | | 0.00 | FA |
| 25 | 1984 Catalina Sailboat | 8,000.00 | Unknown | | 7,000.00 | FA |
| 26 | 1998 17' Bayliner Trophy boat | 4,000.00 | Unknown | | 4,000.00 | FA |
| 27 | 1980 Catalina Capri Sailboat | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-81765
**Case Name:** JEPPSON, SCOTT E
JEPPSON, CELESTE M
**Period Ending:** 02/13/14

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 05/14/13 (f)
**§341(a) Meeting Date:** 06/17/13
**Claims Bar Date:** 09/23/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28   Prudential Stock  (u) | 2,600.00 | 2,600.00 | | 2,671.39 | FA |
| 28   Assets   Totals (Excluding unknown values) | **$465,526.00** | **$47,900.00** | | **$51,246.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2014          **Current Projected Date Of Final Report (TFR):**     December 3, 2013  (Actual)

Printed: 02/13/2014 08:26 AM     V.13.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81765  
**Case Name:** JEPPSON, SCOTT E  
　　　　　　　JEPPSON, CELESTE M  
**Taxpayer ID #:** **-***8252  
**Period Ending:** 02/13/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****057766 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/13 | {6} | Celeste M. Jeppson | turnover of ckg account funds | 1129-000 | 11,000.00 | | 11,000.00 |
| 06/27/13 | {8} | Celeste Jeppson | turnover of ckg account | 1129-000 | 11,000.00 | | 22,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.80 | 21,965.20 |
| 08/19/13 | {6} | Celeste M. Jeppson | turnover of funds | 1129-000 | 4,000.00 | | 25,965.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.51 | 25,931.69 |
| 09/10/13 | {8} | Celeste Jeppson | balance due per 7/15/13 Agreed Order | 1129-000 | 11,575.16 | | 37,506.85 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.48 | 37,461.37 |
| 10/17/13 | 101 | Racine Riverside Marine | Winterize engines/water systems/Storage Contract fee<br>Voided on 11/04/13 | 2420-003 | | 500.00 | 36,961.37 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.27 | 36,902.10 |
| 11/04/13 | 101 | Racine Riverside Marine | Winterize engines/water systems/Storage Contract fee<br>Voided: check issued on 10/17/13 | 2420-003 | | -500.00 | 37,402.10 |
| 11/04/13 | 102 | Stewart & Associates, Inc. | service of Rule to Show Cause on Debtors | 2990-000 | | 75.00 | 37,327.10 |
| 11/05/13 | | Celeste Jeppson | 84 Catalina sailboat & 98 17' Bayliner | | 11,000.00 | | 48,327.10 |
| | {25} | | | 7,000.00 | 1129-000 | | 48,327.10 |
| | {26} | | | 4,000.00 | 1129-000 | | 48,327.10 |
| 11/18/13 | {28} | Computershare | Prudential stocks sold | 1210-000 | 2,671.39 | | 50,998.49 |
| 01/13/14 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,912.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,912.00 | 48,086.49 |
| 01/13/14 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,812.33, Trustee Compensation; Reference: | 2100-000 | | 5,812.33 | 42,274.16 |
| 01/13/14 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $546.37, Trustee Expenses; Reference: | 2200-000 | | 546.37 | 41,727.79 |
| 01/13/14 | 106 | Asset Acceptance LLC assignee BANK OF AMERICA | Dividend paid 37.94% on $4,966.60; Claim# 1; Filed: $4,966.60; Reference: | 7100-000 | | 1,884.42 | 39,843.37 |
| 01/13/14 | 107 | Atlas Acquisitions LLC (GE Money Bank) | Dividend paid 37.94% on $898.18; Claim# 2; Filed: $898.18; Reference: | 7100-000 | | 340.79 | 39,502.58 |
| 01/13/14 | 108 | Asset Acceptance LLC assignee CITIBANK | Dividend paid 37.94% on $23,457.90; Claim# 3; Filed: $23,457.90; Reference: | 7100-000 | | 8,900.38 | 30,602.20 |
| 01/13/14 | 109 | American Express Bank, FSB | Dividend paid 37.94% on $10,854.30; Claim# 6; Filed: $10,854.30; Reference: | 7100-000 | | 4,118.33 | 26,483.87 |
| 01/13/14 | 110 | Northwest Bank of Rockford | Dividend paid 37.94% on $66,101.75; Claim# 7; Filed: $66,101.75; Reference: | 7100-000 | | 25,080.28 | 1,403.59 |
| 01/13/14 | 111 | Nicor Gas | Dividend paid 37.94% on $492.45; Claim# 8; Filed: $492.45; Reference: | 7100-000 | | 186.85 | 1,216.74 |
| 01/13/14 | 112 | LVNV Funding, LLC its successors | Dividend paid 37.94% on $3,038.46; Claim# 9; | 7100-000 | | 1,152.85 | 63.89 |

Subtotals :　　　$51,246.55　　　$51,182.66

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/13/2014 08:26 AM　V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-81765  
**Case Name:** JEPPSON, SCOTT E  
JEPPSON, CELESTE M  
**Taxpayer ID #:** \*\*-\*\*\*8252  
**Period Ending:** 02/13/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*057766 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | and assigns as | Filed: $3,038.46; Reference: | | | | |
| 01/13/14 | 113 | Tri-State Adjustments | Combined Check for Claims#4,5 | | | 63.89 | 0.00 |
| | | | Dividend paid  37.94%            24.28<br>on $64.00;  Claim# 4;<br>Filed: $64.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid  37.94%            39.61<br>on $104.39;  Claim# 5;<br>Filed: $104.39 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 51,246.55 | 51,246.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 51,246.55 | 51,246.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$51,246.55** | **$51,246.55** | |

Net Receipts :         51,246.55  
─────────────  
Net Estate :         $51,246.55

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # \*\*\*\*057766** | 51,246.55 | 51,246.55 | 0.00 |
| | $51,246.55 | $51,246.55 | $0.00 |

{} Asset reference(s)

Printed: 02/13/2014 08:26 AM    V.13.14